CLD-330 September 11, 2015

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **14-4506**

PAUL MCKERNAN, Appellant

v.

SUPERINTENDENT SMITHFIELD SCI; ET AL.

(E.D. Pa. Civ. No. 2-06-cv-02118)

Present: FUENTES, GREENAWAY, JR*. and VANASKIE*, Circuit Judges

Submitted are

(1) Appellant's motion to expand the certificate of appealability;

(2) Appellees' response in opposition to the motion to expand the certificate of appealability; and

(3) Appellant's reply in support of the motion to expand the certificate of appealability

in the above-captioned case.

Respectfully,

Clerk

MMW/JJA/clw

ORDER

McKernan's motion to expand the certificate of appealability is granted. A certificate of appealability is granted on the following issue: whether the District Court erred in denying McKernan's claim that his trial counsel performed ineffectively by failing to seek and secure relief for the trial court's (alleged) bias. We are satisfied that McKernan has made a "substantial showing of the denial of a constitutional right" in connection with this issue. See 28 U.S.C. § 2253(c)(3).

---

* Judges Greenaway, Jr. and Vanaskie voted to deny the motion to expand the certificate of appealability.

A briefing schedule shall be issued.

By the Court,

s/ Julio M. Fuentes
Circuit Judge

Dated: October 6, 2015
CLW/cc: Maria K. Pulzetti, Esq.
Joshua S. Goldwert, Esq.